UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SPURBECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETCO HEALTH AND WELLNESS COMPANY, INC., JOEL D. ANDERSON, R. MICHAEL MOHAN, RONALD V. COUGHLIN, JR., SABRINA SIMMONS, BRIAN LAROSE, and MICHAEL NUZZO,<br><br>Defendants. | Case No.: 25-CV-1667 JLS (DDL)<br><br>**ORDER GRANTING JOINT MOTION TO STAY DEFENDANTS' RESPONSE DEADLINE**<br><br>(ECF No. 5) |

Presently before the Court is the Parties' Joint Motion Accepting Service, Staying Defendants' Response Deadline, and Setting Schedule for Further Proceedings ("Joint Mot.," ECF No. 5). On June 30, 2025, Plaintiff filed a complaint, alleging violations of federal securities law. *See generally* ECF No. 1 ("Compl."). Also on June 30, 2025, Plaintiff submits that he gave public notice of the filing of the Complaint, as required for putative class actions under the Private Securities Litigation Reform Act ("PSLRA"). Joint Mot. at 1; *see* 15 U.S.C. § 78u-4(a)(3)(A)(i). On or before August 29, 2025, motions for appointment of lead plaintiff and lead counsel shall be filed with the Court pursuant to the

PSLRA.  Joint Mot. at 1; *see* § 78u-4(a)(3)(B)(i), (v).  For reasons of judicial efficiency, *e.g.*, to allow the Court time to consider the forthcoming motions to appoint lead plaintiff and lead counsel, and to determine whether any related actions should be consolidated with this action, the Parties request that the Court stay Defendants' response to the Complaint.  Joint Mot. at 1–2.  Good cause appearing, the Court **GRANTS** the Parties' Joint Motion and hereby **ORDERS** that:

1. Defendants, **SHALL**, and hereby do, accept service of the Complaint, without waiving any rights or defenses, except as to the sufficiency of service.

2. Defendants **SHALL FILE** a response to the operative complaint after: (i) the Court has determined whether any other actions should be consolidated with this action; (ii) the Court has appointed lead plaintiff and lead counsel; and (iii) the lead plaintiff has filed an amended complaint or deems the existing complaint the operative complaint.

3. The Parties **SHALL FILE** a joint status report, to include a joint proposed schedule, no later than fourteen (14) days after of the appointment of a lead plaintiff and lead counsel.

**IT IS SO ORDERED.**

Dated:  August 28, 2025

Hon. Janis L. Sammartino
United States District Judge

25-CV-1667 JLS (DDL)