**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel: (213) 985-7290
Email: aapton@zlk.com

*Attorneys for Movant David Levin*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSHUA SPURBECK, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PETCO HEALTH AND WELLNESS COMPANY, INC., JOEL D. ANDERSON, R. MICHAEL MOHAN, RONALD V. COUGHLIN, JR., SABRINA SIMMONS, BRIAN LAROSE, and MICHAEL NUZZO, <br><br> Defendants. | No.: 3:25-cv-01667-JLS-VET <br><br> **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN FURTHER SUPPORT OF DAVID LEVIN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** <br><br> Judge: Hon. Janis L. Sammartino <br> Date: October 9, 2025 <br><br> **NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

I, ADAM M. APTON hereby declare that:

1.     I am a member in good standing of the Bar of this Court, and a partner in the law firm of Levi & Korsinsky, LLP, counsel for proposed Lead Plaintiff Movant David Levin ("Movant"), and proposed Lead Counsel for the class.

2.     I submit this Supplemental Declaration, together with the attached exhibit, in further support of Movant's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3.     Attached hereto as **Exhibit A** is a loss chart showing losses of each movant when calculating financial interest pursuant to *Dura Pharmaceuticals*.

I declare under the penalty of perjury of the laws of the United States of America and the state of California that the foregoing is true to the best of my knowledge.

Dated: September 25, 2025                              */s/ Adam M. Apton*
                                                          Adam M. Apton

**<u>CERTIFICATE OF SERVICE</u>**

I, Adam M. Apton, hereby declare under penalty of perjury of the laws of the United States of America and the State of California as follows:

I am a partner attorney at Levi & Korsinsky, LLP, with offices at 515 South Flower Street, 18th and 19th Floors, Los Angeles, CA 90071. I am over the age of eighteen.

On September 25, 2025, I electronically filed the following **SUPPLEMENTAL DECLARATION OF ADAM M. APTON IN FURTHER SUPPORT OF DAVID LEVIN'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on September 25, 2025.

/s/ Adam M. Apton
Adam M. Apton