# EXHIBIT A

| Account/Individual Breakdown | | | | | | |
|---|---|---|---|---|---|---|
| Firm | Individual Movants | Account Number | Gross Shares Purchased During Class Period | Pre-Disclosure Value Per-Share | PSLRA's 90-day Lookback Average | "Post-Disclosure" Losses |
| The Rosen Law Firm P.A. | Richard Dumont | 1 | 8,923 | $ 03.6200 | $ 03.09825 | $4,655.58 |
| Pomerantz LLP | Marc Leventhal | 1 | 9,000 | $ 03.6200 | $ 03.09825 | $4,695.75 |
| Pomerantz LLP | Barbara Lanchart | 1 | 1,500 | $ 03.6200 | $ 03.09825 | $782.63 |
| Pomerantz LLP | Barbara Lanchart | 2 | 2,550 | $ 03.6200 | $ 03.09825 | $1,330.46 |
| Pomerantz LLP | Barbara Lanchart | 3 | 150 | $ 03.6200 | $ 03.09825 | $78.26 |
| Levi & Korsinsky | David Levin | 1 | 20,000 | $ 03.6200 | $ 03.09825 | $10,435.00 |
| Bernstein Liebhard LLP | Sercan Mamakli | 1 | 2,100 | $ 03.6200 | $ 03.09825 | $1,095.68 |

| Total Figures | | | | | |
|---|---|---|---|---|---|
| Firm | Individual Movants | Gross Shares Purchased During Class Period | Pre-Disclosure Value Per-Share | PSLRA's 90-day Lookback Average | "Post-Disclosure" Losses |
| Levi & Korsinsky | David Levin | 20,000 | $ 03.6200 | $ 03.09825 | $10,435.00 |
| Pomerantz LLP | Marc Leventhal & Barbara Lanchart | 13,200 | $ 03.6200 | $ 03.09825 | $6,887.10 |
| The Rosen Law Firm P.A. | Richard Dumont | 8,923 | $ 03.6200 | $ 03.09825 | $4,655.58 |
| Bernstein Liebhard LLP* | Sercan Mamakli | 2,100 | $ 03.6200 | $ 03.09825 | $1,095.68 |

*600 of the 2,100 shares purchased during the class period were sold for class period realized gains. This is not factored into the "Post-Disclosure" Losses