1  Laurence M. Rosen, Esq. (SBN 219683)
   **THE ROSEN LAW FIRM, P.A.**
2  355 South Grand Avenue, Suite 2450
   Los Angeles, CA 90071
3  Telephone:    (213) 785-2610
   Facsimile:    (213) 226-4684
4  Email: lrosen@rosenlegal.com

5
   Jacob Goldberg, Esq.
6  Leah Heifetz-Li, Esq.
   101 Greenwood Avenue, Suite 440
7  Jenkintown, PA 19046
   Telephone:    (215) 600-2817
8  Facsimile:    (212) 202-3827
9  Email: jgoldberg@rosenlegal.com
           lheifetz@rosenlegal.com
10
   Lead Counsel for the Class
11

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| JOSHUA SPURBECK, Individually and on behalf of all others similarly situated, | ) | Case No. 3:25-cv-01667-JLS-VET |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| PETCO HEALTH AND WELLNESS COMPANY INC., RONALD V. COUGHLIN, JR., BRIAN LAROSE, and MICHAEL NUZZO, | ) | |
| Defendants. | ) | |

1

NOTICE OF VOLUNTARY DISMISSAL
Case No. 3:25-cv-01667-JLS-VET

# NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Lead Plaintiff Richard Dumont, through his counsel, hereby voluntarily dismisses this action against all defendants as to all claims, without prejudice. No Defendant has either answered the complaint or filed a motion for summary judgment.

Dated: January 20, 2026

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ *Jacob A. Goldberg*
Jacob A. Goldberg (admitted *pro hac vice*)
Leah Heifetz-Li
101 Greenwood Avenue, Suite 440
Jenkintown, PA 19046
Telephone:   (215) 600-2817
Facsimile:    (212) 202-3827
Email: jgoldberg@rosenlegal.com
           lheifetz@rosenlegal.com

Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*