UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA SPURBECK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PETCO HEALTH AND WELLNESS COMPANY, INC., JOEL D. ANDERSON, R. MICHAEL MOHAN, RONALD V. COUGHLIN, JR., SABRINA SIMMONS, BRIAN LAROSE, and MICHAEL NUZZO,<br><br>Defendants. | Case No.: 25-CV-1667 JLS (VET)<br><br>**ORDER REGARDING NOTICE OF VOLUNTARY DISMISSAL**<br><br>(ECF No. 28) |

Presently before the Court is Lead Plaintiff Richard Dumont's Notice of Voluntary Dismissal ("Not.," ECF No. 28). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the entire above-captioned action is **DISMISSED WITHOUT PREJUDICE**. As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: January 22, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge